**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**BANKRUPTCY DIVISION**
**ST. THOMAS & ST. JOHN, VIRGIN ISLANDS**

IN RE:                                :
EDWARD CARMAN SPENCER                 :    Bankruptcy No. **3:13-bk-30012-MFW**
MARGARET ANN SPENCER                  :
   Debtor(s)           :
                                      :
                                      :    **Chapter 7**

## - *NOTICE OF DEFICIENCIES* -
### NOTICE TO DEBTOR AND ATTORNEY

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy case will be dismissed without further notice and hearing if deficiencies are not corrected within 14 days of the date the petition was filed. At any time before the date set for entry of an order of dismissal, the debtor (1) may file a motion requesting a hearing at which time debtor shall show cause why the case should not be dismissed for deficiencies or (2) may file a motion and proposed order seeking an extension of time. In addition to any documents listed in docket entry number one, the following documents must also be filed:

1. **STATEMENT OF SOCIAL SECURITY NUMBER** (Official Form 21)

2. **PAYMENT ADVICES** (Copies of all payment advices or other evidence of payment received by the debtor from any employer within 60 days before the filing of the petition)

3. **NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(B) OF THE BANKRUPTCY CODE** (Official Form 201A)

4. **SCHEDULES** (Official Form 6)

| | | |
|---|---|---|
| SUMMARY     X | SCHEDULE D   X | SCHEDULE H   X |
| SCHEDULE A   X | SCHEDULE E   X | SCHEDULE I   X |
| SCHEDULE B   X | SCHEDULE F   X | SCHEDULE J   X |
| SCHEDULE C   X | SCHEDULE G   X | DECLARATION  X |

5. **STATEMENT OF FINANCIAL AFFAIRS** (Official Form 7)

6. **CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME** (Official Form 22A)

Dated this **16th** day of **September**, **2013**.

(RE: related document(s): [1] Voluntary Petition Chapter 7 filed by Debtor).

Incomplete Filings due by **9/30/2013**.

            Glenda L. Lake, Esq.
            Clerk of Court
            U.S. District Court/Bankruptcy Division

            By: *Kimberly Willett*
               Deputy Clerk