Form ntcapttr

# UNITED STATES BANKRUPTCY COURT

District Court of the Virgin Islands – Bankruptcy Division

Case No.: 3:13–bk–30012–MFW
Chapter: 7
Judge: Mary F. Walrath

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward Carman Spencer
P.O. Box 12145
St. Thomas, VI 00801

Margaret Ann Spencer
P.O. Box 12145
St. Thomas, VI 00801

Social Security / Individual Taxpayer ID No.:
xxx–xx–1950                              xxx–xx–2426

Employer Tax ID / Other nos.:

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE AND APPROVAL OF BLANKET BOND

1. The following interim trustee is hereby appointed, and the trustee's standing bond is fixed under the general blanket bond heretofore approved.

Adam Hoover
Law Office Of Adam Hoover
P.O. BOX 24342
CHRISTIANSTED, VI 00824

2. If the trustee rejects this selection, the trustee must notify the Court and the U.S. Trustee within five (5) days of receipt of this notice. Otherwise, the trustee will be deemed to have accepted the office of trustee.

Dated: 9/16/13

United States Trustee

REJECTION

I, Adam Hoover, hereby REJECT appointment as Trustee.
Dated: _____

_____
Adam Hoover

NOTE: If rejected, file the original with the Court and a copy with the U.S. Trustee.