IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
ST. THOMAS & ST. JOHN, VIRGIN ISLANDS

| | |
|---|---|
| In Re: | |
| EDWARD CARMAN SPENCER | Bankruptcy No. 313-30012-MFW |
| MARGARET ANN SPENCER | |
| Debtor | Chapter 7 |
| EDWARD CARMAN SPENCER | Related Doc.# 7 |
| MARGARET ANN SPENCER | |
| Movant | Hearing Date and Time: 11/19/13 |
| | @10:00 A.M. AST |
| v. | |
| NO RESPONDENTS | |

# NOTICE AND ORDER SETTING
# HEARING ON MOTION

**AND NOW,** this **15th** day of **October 2013**, NOTICE IS HEREBY GIVEN that a **Motion to Dismiss Case** has been filed by Debtor, Trustee, in the above-captioned case.

**It is hereby ORDERED** that a hearing on the Motion is scheduled for **November 19, 2013, at 10:00 a.m. (AST)** before the Honorable Mary F. Walrath, United States Bankruptcy Judge, at the Ron De Lugo Federal Building & Courthouse, 5500 Veteran's Drive, Suite 310, St. Thomas, Virgin Islands.

**It is FURTHER ORDERED** that any response including a consent to the Motion shall be timely filed with the Clerk of the Bankruptcy Court and served on the moving parties and their counsel no later than **November 12, 2013.**

**It is FURTHER ORDERED** that for the moving party shall immediately serve a copy of this Notice and Order to all parties in interest that do not receive electronic notification and file a **Certificate of Service** within **5 days** of the date of this order.

                                              Mary F. Walrath
                                              U. S. Bankruptcy Judge

**cm: Benjamin A. Currence, Esq.**