# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN
# BANKRUPTCY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| EDWARD CARMEN SPENCER and | ) | CASE NO. 3:13-bk-30012 |
| | ) | |
| MARGARET ANN SPENCER | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |
| | ) | Judge Mary F. Walrath |

## 11 U.S.C. SECTION 341(a) MINUTES

Date:   October 10, 2013

Adam Hoover, Chapter 7 Trustee, stated for the record that the debtors moved to dismiss this matter on October 9, 2013.

Benjamin Currence, legal counsel for the debtors, confirmed that he filed a motion to dismiss this matter on October 9, 2013.

Debtors did not appear.

The hearing was adjourned.