# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN
## BANKRUPTCY DIVISION

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| EDWARD CARMEN SPENCER and | ) | CASE NO.  3:13-bk-30012 |
| | ) | |
| MARGARET ANN SPENCER | ) | |
| Debtors. | ) | Chapter 7 |
| | ) | |
| | ) | Judge Mary F. Walrath |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

/s/
Adam Hoover,
Chapter 7 Trustee
Suite 100, The Boardwalk at Gallows Bay
2006 Eastern Suburb
P.O. Box 24342
St. Croix, VI 00824
340-773-6239 voice
340-719-0559 fax
ahoover@attglobal.net