IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| EDWARD CARMAN SPENCER and | ) | Case No.13-30012 MFW |
| MARGARET ANN SPENCER, | ) | |
| | ) | Chapter 7 |
| Debtors. | ) | |
| | ) | |
| EDWARD CARMAN SPENCER and | ) | |
| MARGARET ANN SPENCER, | ) | |
| | ) | Related Doc. No. 7 |
| Movants, | ) | |
| | ) | |
| v. | ) | Hearing Date and Time: 11/19/13 |
| | ) | @10:00 a.m. AST |
| NO RESPONDENTS | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I CERTIFY THAT on October 19, 2013 I served a copy of the Motion to Dismiss Case Without Prejudice (Doc. No. 7) and the Notice and Order Setting Hearing on Motion (Doc. No. 8) upon all parties listed on the attached mailing list by first class mail.

Dated: October 9, 2013                    Respectfully submitted,

/s/ Benjamin A. Currence
Benjamin A. Currence
12 Norre Gade, Ste. 2
P.O. Box 6143
St. Thomas, VI 00804-6143
(340) 775-3434
Email: bencurrence@gmail.com

Attorney for the Debtors

Spencer, Edward Carman
P.O. Box 12145
St. Thomas, VI 00801

Bank Of America
P.O. Box 982235
El Paso, TX 79982-2235

Citimortgage, Inc.
P.O. Box 6243
Sioux Falls, SD 57117-6243

Spencer, Margaret Ann
P.O. Box 12145
St. Thomas, VI 00801

BMO Harris Bank NA
11548 W. Theodore Trecker Way
West Allis, WI 53214-1142

Comcast Cable
1500 McConnor Pkwy
Schaumburg, IL 60173

Benjamin A. Currence, Esq.
5945 Norre Gade, Ste. 2 P.O. Box 6143
St. Thomas, VI 00802

BMO Harris Bank NA
P.O. Box 6290
Carol Stream, IL 60197

D. Manis Corporation
3880 N. 49 Ave.
Hollywood, FL 33021

Advanta Credit Card
P.O. Box 9217
Old Bethpage, NY 11804-9017

Campbell Meadows LLC
3808 Evans Ave.
Valparaiso, IN 46383

David A. Foelbar
504 E. Lincolnway
Valparaiso, IN 46383

American Airlines
P.O. Box 6497
Sioux Falls, SD 57117

Capital One Bank, NA
P.O. Box 30285
Salt Lake City, UT 84130-0285

Discover Card
P.O. Box 15316
Wilmington, DE 19850-5316

American Express
P.O. Box 981540
El Paso, TX 79998-1540

Chase
P.O. Box 15298
Wilmington, DE 19850

Dr. Cool
6320 Pastory
St. John, VI 00830

American Express
P.O. Box 297814
Ft. Lauderdale, FL 33329

Chase Cardmmber Services
P.O. Box 15298
Wilmington, DE 19850

East Wind Acupuncture
210 N. Calumet Rd.
Cherterton, IN 46304

American Express
P.O. Box 981535
El Paso, TX 79998

Chase Mortgage
P.O. Box 24696
Columbus, OH 43224-0696

Edgar D. Hines; Christine Hines
3808 Evans Ave.
Valparaiso, IN 46383

American Express Blue
P.O. Box 981537
El Paso, TX 79998-1535

Chicago Title Company
2200 N. Main St.
Crown Point, IN 46307

Frontier Communications
8001 W. Jefferson Blvd.
Fort Wayner, IN 46804

American Express Blue
P.O. Box 0001
Los Angeles, CA 90096

Citibank
P.O. Box 6500
Sioux Falls, SD 57117

GECRB/ JC Penny
P.O. Box 965007
Orlando, FL 32896

Gouveia & Associates
433 W. 84th Drive
Merrillville, IN 46410

Kohl Department Store
P.O. Box 3115
Milwaukee, WI 53201

Norther Leasing Systems, Inc.
132 W. 31st St.
New York, NY 10001

Indiana Department Of Revenue
100 N. Senate N 105
Indianapolis, IN 46204

Lakeshoe OB/GYN
680 N. Lake Shore Drive, Ste. 824
Chicago, IL 60611

Northern Indiana Public Service Co.
801 E. 86th Avenue
Merrillville, IN 46410

Indiana Department Of Revenue
P.O. Box 1028
Indianapolis, IN 46206

Landlord
No 5 Lerkenlund
St. Thomas, VI 00802-0000

Poiny Pleasant Villas Condo Assn
6600 Estate Smith Bay
St. Thomas, VI 00802

Indiana Department Of Revenue Mtr Carr
5252 Decauter Blvd., Ste. R
Indianapolis, IN 46241

Luca, Holcomb & Medrea LLP
300 E. 90th Dr.
Merrillville, IN 46410

Porter Memorial Hospital
85 East US Hwy 6
Valparaiso, IN 46383

Indiana Department Of Revenue; Motor Car
5252 Decauter Blvd., Ste. R
Indianapolis, IN 46241

May Oberfell Lorber
4100 Edison Lake Pkwy
Mishawaka, IN 46545

Robert Hoskinson
8168 Crown Bay Marina, Ste.310, PMB 135
St. Thomas, VI 00802

Indiana Depertment Of Workforce Dev
10 N. Senata Ave., Rm. SE 106
INdianapolis, IN 46241

MB Financial Services
P.O. Box 961
Roanoke, TX 76262

Robert Spencer And Arlene Spencer
16 W 1050 N
Chesterton, IN 46304

Indiana Dept. Of Workforce Dev
10 N. Senate Ave., Rm SE 106
Indianapolis, IN 46204

Mid America Pathology Svcs
1801 N. Senate Blvd., Ste. 745
Indianaoplis, IN 46202

Rowley Bushue & Co. LLP
409 W. Keiffer Rd.
Michigan City, IN 46360

Internal Revenue Service
Cincinnati, IN 45999-0039

Midwest Fertility Center
4333 Main Street
Downer Grive, IL 60515

Sears/CBNA
P.O. Box 6282
Sioux Falls, SD 57117

James Kettwig
4507 Campbell St.
Valparaiso, IN 46385-0000

National City
P.O. Box 3038 K-A16-1J
Kalamazoo, MI 49003-3038

St. Thomas Sport Fishing Center, Inc.
P.O. Box 870
St. Thomas, VI 00804-0870

James L. Watt Inc.
1802 Robin Hood Blvd.
Schererville, IN 46375

Nipsco
801 E. 86th Ave.
Merrillville, IN 46410

Swift Financial
P.O. Box 3023
Milwaukee, WI 53201

Tauber, Westland & Bennett
1415 Eagle Ridge Dr.
Schererville, IN  46375


Toni & Tracy Sims
3701 W. 78th Pl.
Merrillville, IN  46410


Unity Physician Group
P.O. Box 4777
Bloomington, IN  47402


US Bank
P.O. Box 790408
St. Louis, MO  63179-0408


Wells Fargo Equipment Finance Inc.
1540 W. Fountain Pkwy
Tempe, AZ  85282


Wharfside Landing, LLC
P.O. Box 8336
St. John, VI  00831