IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS AND ST. JOHN

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| EDWARD CARMAN SPENCER and | ) | Case No.13-30012 MFW |
| MARGARET ANN SPENCER, | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| EDWARD CARMAN SPENCER and | ) | Hearing Date: 11/19/2013 |
| MARGARET ANN SPENCER, | ) | |
| | ) | Related Doc. No. 7 |
| Movants, | ) | |
| | ) | |
| | ) | |
| Respondent | ) | |
| _____ | ) | |

**CERTIFICATION OF NO OBJECTION
REGARDING MOTION TO DISMISS WITHOUT PREJUDICE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion To Dismiss Without Prejudice ("the Motion") [DE 7] has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

It is respectfully requested that an Order granting the Motion be entered by the Court.

Dated: November 15, 2013                    Respectfully submitted,

                                            /s/ *Benjamin A. Currence*
                                            Benjamin A. Currence, Esquire
                                            VI Bar No. 115
                                            Attorney for the Debtor
                                            5045 Norre Gade, Ste. 2
                                            P.O. Box 6143
                                            St. Thomas, VI 00804-6143
                                            (340) 775-3434