IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
BANKRUPTCY DIVISION
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| In re )<br>)<br>EDWARD CARMAN SPENCER and )<br>MARGARET ANN SPENCER, )<br>)<br>)<br>Debtors. )<br>_____ ) | Case No.13-30012 MFW |

ORDER DISMISSING CASE WITHOUT PREJUDICE

The Debtors have filed a motion to dismiss this case without prejudice pursuant to 11 U.S.C. § 707(a). It appearing that no order of discharge has been entered, no complaint objecting to the debtor's discharge has been filed, and no complaint to determine dischargeability of any debts has been filed in this case,

IT IS ORDERED that this case is dismissed without prejudice.

Dated: 11/18/13

_____
MARY F. WALRATH
United States Bankruptcy Judge